**Jeremiah GEORGE, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 75635.**

Missouri Court of Appeals, Western District.

Oct. 22, 2013.

Timothy Allen Blackwell, Jefferson City, for respondent.

Mark Allen Grothoff, Columbia, for appellant.

Before Division One: VICTOR C. HOWARD, P.J., JOSEPH M. ELLIS, and ANTHONY REX GABBERT, JJ.

## ORDER

PER CURIAM:

Jeremiah George appeals the denial of his Rule 29.15 motion for post-conviction relief following an evidentiary hearing. We affirm. Rule 84.16(b).